## Frances Miklaszewski, Appellee, v. City of Chicago, Appellant,

### Gen. No. 20,853.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARcus A. KAVANAGH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed with finding of fact. Opinion filed October 5, 1915. Rehearing denied October 15, 1915.

### Statement of the Case.

Action by Frances Miklaszewski, plaintiff, against the City of Chicago, defendant, in the Superior Court of Cook county, to recover for personal injuries, the result of falling on a slippery sidewalk. From a judgment for plaintiff, defendant appeals.

It appeared that the condition of the sidewalk in question at the time of the accident was due to the act of the servants of defendant in piling snow upon a vacant lot adjacent to that part of the sidewalk where the accident occurred, which later melted, letting the water run on that part of the sidewalk and freeze there. It further appeared that at the time of the accident there was a thin coating of snow above the ice on the sidewalk.

JOHN W. BECKWITH and N. L. PIOTROWSKI, for appellant; DAVID R. LEVY, of counsel.

GORMAN, POLLOCK, SULLIVAN & LIVINGSTON, for appellee.

MR. PRESIDING JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 1013*—*when city not liable for injury by ice on sidewalk.* In an action against a city to recover for per-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

sonal injuries caused by a fall on a slippery sidewalk, where it appeared that the snow and ice causing the conditions complained of were not such as to amount to an obstruction, *held* error to deny defendant's motion for a peremptory instruction in its favor, although it appeared that the condition of the sidewalk which caused the accident was due to the act of the servants of defendant in piling snow upon a vacant lot adjacent to the part of the sidewalk where the accident occurred, from which, after the snow melted, water ran on the sidewalk and by freezing caused such conditions, for the reason that such conditions do not constitute a defect in the sidewalk which renders the city liable to plaintiff for the accident sued for.

## Olaf Nelson, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 20,864.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. ENOCH E. NEWLIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed with finding of fact. Opinion filed October 5, 1915. Rehearing denied October 19, 1915.

### Statement of the Case.

Action by Olaf Nelson, plaintiff, against the Chicago City Railway Company, defendant, in the Circuit Court of Cook county, to recover for personal injuries due to being struck by an electric street car. From a judgment for plaintiff for $6,500, defendant appeals.

FRANKLIN B. HUSSEY and WATSON J. FERRY, for appellant; W. W. GURLEY and J. R. GUILLIAMS, of counsel.

ROST & SMITH and ASHCRAFT & ASHCRAFT, for appellee; EDWIN M. ASHCRAFT and JOHN A. IRRMANN, of counsel.